Sayre, Converse & Co. *vs.* The Bank of Mobile.

the vendor in *statu quo* by a return of the premises." Let the judgment be reversed, and the cause remanded.

---

SAYRE, CONVERSE & CO. *VS.* THE BANK OF MOBILE.

1. The judgment on a Bank notice, must disclose, that the instrument sued on, was negotiable and payable at the Bank.

Error to the Circuit court of Mobile.

Motion on a notice from the Bank, tried by *Harris,* J.

There were four cases between the same parties, similar to each other, which were severally brought up on error.  Judgment for defendants in error.

The error assigned, was the insufficiency of the judgment and record.

*J. A. Campbell,* for plaintiffs in error.

ORMOND, J.—This was a motion in the court below, against the plaintiffs in error, as the endorsers of a bill of exchange, upon which the Bank obtained judgment.

The judgment of the court below, does not disclose that the bill was *negotiable and payable* at the *Bank of Mobile,* or that, if payable at any of the other Banks in Mobile, the Bank acquired property in the bill subsequent to the thirtieth of June, eighteen hundred and thirty-seven.   These facts sufficiently appear in the notice, but that is not made a part of the record.   The judgment

must therefore be reversed, on the authority of the case of Joseph Bates, jr. vs. The Planters' & Merchants' Bank, (8 Porter, 99,) and Henry S. Levert vs. The Planters' & Merchants' Bank, (8 Porter, 104,) and the cause remanded for further proceedings.